IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NICK ROBERTS, | ) | 4:13CV3154 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TROTTA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion dated December 23, 2013, in which Plaintiff asks the court for leave to file a second amended complaint. (Filing No. 18.) Plaintiff states that he is concerned that he "might of not done what [he] was ordered to do" in drafting his Amended Complaint. Upon careful consideration,

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion requesting leave to file a second amended complaint (Filing No. 18) is granted. Plaintiff shall have 30 days from the date of this Memorandum and Order to file a second amended complaint.

2. The clerk's office is directed to set a pro se case management deadline using the following text: January 29, 2014: Deadline for Plaintiff to file a second amended complaint.

DATED this 30th day of December, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.