IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NICK ROBERTS, | ) | 4:13CV3154 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TROTTA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on Plaintiff's Motions for Leave to Amend. (Filing Nos. 24 and 27.) On December 20, 2013, the court granted Plaintiff leave to file a Second Amended Complaint. (Filing No. 19.) Thereafter, Plaintiff has filed a Second Amended Complaint, three supplements, and two Motions requesting leave to amend his Second Amended Complaint. (Filing Nos. 22, 23, 24, 25, 26 and 27.)

    After careful consideration, the court will grant Plaintiff leave to file a third amended complaint. Plaintiff is directed to consolidate all of the claims contained in his past complaints, and any new allegations, into the third amended complaint. Failure to consolidate all claims into one document will result in the abandonment of claims.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff's Motions for Leave to Amend (filing nos. 24 and 27) are granted. Plaintiff shall have until April 14, 2014, to file a third amended complaint.

    2.    The clerk's office is directed to set a pro se case management deadline using the following text: April 14, 2014: Deadline for Plaintiff to file a third amended complaint.

    DATED this 11th day of March, 2014.

    BY THE COURT:

    s/ Joseph F. Bataillon
    United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.